# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
MIGUEL TAPIA § Case No. 10-49806-PSH
BEATRIZ A. TAPIA §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:
10:30 a.m. on January 10, 2012
in Courtroom 644, U. S. Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By:   _____Kenneth S. Gardner_____
Clerk of the Bankruptcy Court

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MIGUEL TAPIA § Case No. 10-49806-PSH
BEATRIZ A. TAPIA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,649.27 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 4,649.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: TRUSTEE STEVEN R. RADTKE | $ 1,162.32 | $ 0.00 | $ 1,162.32 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,162.32 |
| Remaining Balance | | $ | 3,486.95 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,054.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 57.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 272.72 | $ 0.00 | $ 157.07 |
| 2 | N. A Capital One | $ 568.43 | $ 0.00 | $ 327.38 |
| 3 | N. A. Chase Bank Usa | $ 2,345.33 | $ 0.00 | $ 1,350.76 |
| 4 | N. A. Chase Bank Usa | $ 2,730.29 | $ 0.00 | $ 1,572.47 |
| 5 | American Infosource Lp As Agent For | $ 137.63 | $ 0.00 | $ 79.27 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,486.95 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ _____
                                Steven R. Radtke, Trustee

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                          Case No. 10-49806-PSH
Miguel Tapia                                                    Chapter 7
Beatriz A. Tapia
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cmendoza1              Page 1 of 3                   Date Rcvd: Dec 08, 2011
                              Form ID: pdf006              Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2011.
db/jdb         +Miguel Tapia,    Beatriz A. Tapia,    8650 South Meade Avenue,    Floor 1,    Burbank, IL 60459-2520
16389555       +Accent,    7171 Mercy Road,    PO Box 69004,    Omaha, NE 68106-5004
16389556        Advocate Medical Center,    PO Box 70508,    Chicago, IL 60673-0508
16389557       +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
16389558       +Best Buy,    PO Box 17298,    Baltimore, MD 21297-1298
16389560       +Blatt Hasenmiller,    125 S Wacker Drive, #400,    Chicago, IL 60606-4440
16389561       +California Student Aid,    PO Box 419032,    Rancho Cordova, CA 95741-9032
16389564       +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
16389563        Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
16389565        Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
17196261       +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,TX 75374-0933
16389566        Card Services,    PO Box 13337,    Philadelphia, PA 19101-3337
16389567        Cardmember Service,    PO Box 15325,    Wilmington, DE 19886-5325
16389568       +Careone,    PO Box 129,    Columbia, MD 21045-0129
16389569        Careone,    PO Box 63309,    Charlotte, NC 28263-3309
16389571       +Chase BP Private Label,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
16389570       +Chase Bank USA,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
17198064        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16389575        CitiMortgage,    PO Box 183040,    Columbus, OH 43218-3040
16389573        CitiMortgage,    PO Box 688948,    Des Moines, IA 50368-8948
16389572       +Citibank/Sears,    PO Box 6189,    Sioux Falls, SD 57117-6189
16389576        Cook County Treasurer,    PO Box 4488,    Carol Stream, IL 60197-4488
16389577       +County Hospital,    1901 Harrison Street,    Chicago, IL 60612-3714
16389578       +Credit Management,    4200 International Pkwy,    Carrollton, TX 75007-1912
16389579       +Credit Solutions,    9573 Chesapeake Dr,    Ste 100,    San Diego, CA 92123-1304
16389582       +Ford Credit,    PO Box 542000,    Omaha, NE 68154-8000
16389581        Ford Credit,    PO Box 790093,    Saint Louis, MO 63179-0093
16389583       +Frederick Hanna & Assoc,    1427 Roswell Rd,    Marietta, GA 30062-3668
16389586        HSBC,    Payment Center,    PO Box 17313,    Baltimore, MD 21297-1313
16389559      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
               (address filed with court: Bestbuy/HSBC,    PO BOX 15524,    Wilmington, DE 19850)
16389588        HSBC Bank,    PO Box 97280,    Portland, OR 97280
16389587       +HSBC Bank,    PO Box 81622,    Salinas, CA 93912-1622
16389584       +Harris and Harris,    222 Merchandise Mart Plaza,    Suite 1900,    Chicago, IL 60654-1421
16389585       +Home Depot/CitiBank,    PO Box 6497,    Sioux Falls, SD 57117-6497
16389589        Illinois Collection Service,    PO Box 1010,    Tinley Park, IL 60477-9110
16389590       +Island One,    8680 Commodity Circle,    Orlando, FL 32819-9000
16389591       +James Gately, Esq,    8233 West 185th Street,    Tinley Park, IL 60487-9220
16389592       +Joseph J. Cardinal,    3960 W 95th Street,    Floor 2,    Evergreen Park, IL 60805-1905
16389593        Juniper,    Lock Box 913337,    20880 Cabot Blvd West,    Langhorne, PA 19047
16389596        Midwest Orthopaedic,    75 Remittance Drive, Dpt 6581,    Chicago, IL 60675-6581
16389599       +NCO Financial,    1804 Washington Blvd,    Mailstop 450,    Baltimore, MD 21230-1700
16389598        NCO Financial,    PO Box 15456,    Wilmington, DE 19850-5456
16389600       +Oberweis Dairy,    951 Ice Cream Drive,    North Aurora, IL 60542-1475
16389601       +Oswiecimski Ltd,    13305 S Ridgeland Avenue,    Unit A,    Palos Heights, IL 60463-1814
16389602       +Persel and Assoc,    PO Box 6489,    Columbia, MD 21045-6489
16389605        RFS,    PO Box 593233,    Orlando, FL 32859-3233
16389608        Sears,    PO Box 183081,    Columbus, OH 43218-3081
16389607        Sears,    PO Box 183082,    Columbus, OH 43218-3082
16389609        Stroger Hospital,    PO Box 70121,    Chicago, IL 60673-5698
16389612       +Target Corp,    PO box 673,    Minneapolis, MN 55440-0673
16389614       #Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
16389613        Target National Bank,    PO Box 660170,    Dallas, TX 75266-0170
16389615       +The Bureaus Inc,    1717 Central Street,    Evanston, IL 60201-1590
16389616       +Trans World Systems,    1375 E Woodfield Rd,    #110,    Schaumburg, IL 60173-5423
16389618      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 5227,    Cincinnati, OH 45201)
16389617        United Healthcare of IL,    PO Box 30555,    Salt Lake City, UT 84130-0555
16389620        Vanguard Group,    PO Box 2900,    Valley Forge, PA 19482-2900
16389622       #+Vericrest Financial,    715 S Metropolitan Ave,    Oklahoma City, OK 73108-2088
16389621        Vericrest Financial,    PO Box 24330,    Oklahoma City, OK 73124-0330
16389623       +Vericrest Financial,    PO Box 24610,    Oklahoma City, OK 73124-0610
16389625       +WFNNB/Woman,    4590 East Broad Street,    Columbus, OH 43213-1301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17384256        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 09 2011 04:56:56
                 American InfoSource LP as agent for,    US Cellular,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
17078366        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 09 2011 04:56:57
                 American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK 73124-8866
16389562       +E-mail/Text: cms-bk@cms-collect.com Dec 09 2011 02:34:16     Capital Mgmt Services,
                 726 Exchange St, Ste 700,    Buffalo, NY 14210-1464
```

```
District/off: 0752-1          User: cmendoza1           Page 2 of 3               Date Rcvd: Dec 08, 2011
                              Form ID: pdf006           Total Noticed: 73
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
16389580      +E-mail/Text: bknotice@erccollections.com Dec 09 2011 02:35:06      Enhanced Recovery,
               8014 Bayberry Rd,    Jacksonville, FL 32256-7412
16389594      +E-mail/PDF: cr-bankruptcy@kohls.com Dec 09 2011 05:00:38      Kohls/Chase,   PO Box 3115,
               Milwaukee, WI 53201-3115
16389595      +E-mail/Text: brenden.magnino@mcmcg.com Dec 09 2011 02:32:36      Midland Credit Management,
               8875 Aero Drive,    San Diego, CA 92123-2255
16389597      +E-mail/Text: BK@nationalcreditsolutions.net Dec 09 2011 02:33:55      National Credit Solutions,
               PO Box 15779,    Oklahoma City, OK 73155-5779
16389603      +E-mail/Text: bknotices@totalcardinc.com Dec 09 2011 02:35:02      Plains Commerce Bank,
               5109 S Broadband Lane,    Sioux Falls, SD 57108-2208
16389606      +E-mail/PDF: pa_dc_claims@salliemae.com Dec 09 2011 05:11:26      Sallie Mae,   11100 USA Parkway,
               Fishers, IN 46037-9203
16389619       Fax: 866-419-3894 Dec 09 2011 03:26:05      US Cellular,   Dept 0203,   Palatine, IL  60055-0203
16389624      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Dec 09 2011 04:57:38      Verizon Wireless,
               PO Box 26055,    Minneapolis, MN 55426-0055
16389604       E-mail/Text: shalverson@redcanoecu.com Dec 09 2011 02:33:50      Red Canoe Credit Union,
               1418 15th Avenue,    Longview, WA  98632
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16389611*     +Beatriz A. Tapia,    8650 South Meade Avenue,    Floor 1,   Burbank, IL 60459-2520
16389610*     +Miguel Tapia,   8650 South Meade Avenue,    Floor 1,   Burbank, IL 60459-2520
16389574     ##CitiMortgage,    PO Box 9438,   Gaithersburg, MD  20898-9438
                                                                                TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 10, 2011**               **Signature:**        _Joseph Speetjens_

```
District/off: 0752-1          User: cmendoza1              Page 3 of 3                  Date Rcvd: Dec 08, 2011
                              Form ID: pdf006              Total Noticed: 73
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2011 at the address(es) listed below:
              Joseph J Cardinal    on behalf of Debtor Miguel Tapia joescard@aol.com
              Michael L Sherman    on behalf of Creditor  Ford Motor Credit Company LLC shermlaw1@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Radtke    sradtke@chillchillradtke.com,  sradtke@ecf.epiqsystems.com
                                                                                           TOTAL: 4