UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| MIGUEL TAPIA | § | Case No. 10-49806-PSH |
| BEATRIZ A. TAPIA | § § | |
| Debtor(s) | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

   4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____ By:/s/STEVEN R. RADTKE_____
                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor # : 1 CitiMortgage<br>PO Box 688948 Des Moines<br>IA 50368-8948 |  |  |  |  |  |
|  | Creditor # : 2 CitiMortgage<br>PO Box 183040 Columbus<br>OH 43218-3040 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 3 CitiMortgage PO Box 9438 Gaithersburg MD 20898-9438 | | | | | |
| | Creditor # : 4 Cook County Treasurer PO Box 4488 Carol Stream IL 60197-4488 | | | | | |
| | Creditor # : 5 Ford Credit PO Box 790093 Saint Louis MO 63179-0093 | | | | | |
| | Creditor # : 6 Ford Credit PO Box 542000 Omaha NE 68154 | | | | | |
| | Creditor # : 7 Vericrest Financial PO Box 24330 Oklahoma City OK 73124-0330 | | | | | |
| | Creditor # : 8 Vericrest Financial 715 S Metropolitan Ave Oklahoma City OK 73108 | | | | | |
| | Creditor # : 9 Vericrest Financial PO Box 24610 Oklahoma City OK 73124 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE STEVEN R. RADTKE | | | | | |
| TRUSTEE STEVEN R. RADTKE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 Accent 7171 Mercy Road PO Box 69004 Omaha NE 68106-2630 | | | | | |
| | Creditor # :10 Capital One PO Box 30285 Salt Lake City UT 84130-0285 | | | | | |
| | Creditor # :11 Capital One PO Box 30285 Salt Lake City UT 84130-0285 | | | | | |
| | Creditor # :12 Capital One PO Box 6492 Carol Stream IL 60197-6492 | | | | | |
| | Creditor # :13 Capital One PO Box 30281 Salt Lake City UT 84130 | | | | | |
| | Creditor # :14 Card Services PO Box 13337 Philadelphia PA 19101-3337 | | | | | |
| | Creditor # :15 Cardmember Service PO Box 15325 Wilmington DE 19886-5325 | | | | | |
| | Creditor # :16 Careone PO Box 129 Columbia MD 21045 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :17 Careone PO Box 63309 Charlotte NC 28263-3309 | | | | | |
| | Creditor # :18 Chase Bank USA 800 Brooksedge Blvd. Westerville OH 43081 | | | | | |
| | Creditor # :19 Chase Bank USA 800 Brooksedge Blvd. Westerville OH 43081 | | | | | |
| | Creditor # :2 Advocate Medical Center PO Box 70508 Chicago IL 60673-0508 | | | | | |
| | Creditor # :20 Chase Bank USA 800 Brooksedge Blvd. Westerville OH 43081 | | | | | |
| | Creditor # :21 Chase BP Private Label 800 Brooksedge Blvd Westerville OH 43081 | | | | | |
| | Creditor # :22 Citibank/Sears PO Box 6189 Sioux Falls SD 57117 | | | | | |
| | Creditor # :23 County Hospital 1901 Harrison Street Chicago IL 60612 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :24 Credit Management 4200 International Pkwy Carrollton TX 75007 | | | | | |
| | Creditor # :25 Credit Solutions 9573 Chesapeake Dr Ste 100 San Diego CA 92123 | | | | | |
| | Creditor # :26 Enhanced Recovery 8014 Bayberry Rd Jacksonville FL 32256 | | | | | |
| | Creditor # :27 Frederick Hanna & Assoc 1427 Roswell Rd Marietta GA 30062 | | | | | |
| | Creditor # :28 Harris and Harris 222 Merchandise Mart Plaza Suite 1900 Chicago IL 60654 | | | | | |
| | Creditor # :29 Home Depot/CitiBank PO Box 6497 Sioux Falls SD 57117 | | | | | |
| | Creditor # :3 Barclays Bank Delaware PO Box 8803 Wilmington DE 19899 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :30 HSBC Payment Center PO Box 17313 Baltimore MD 21297-1313 | | | | | |
| | Creditor # :31 HSBC Payment Center PO Box 17313 Baltimore MD 21297-1313 | | | | | |
| | Creditor # :32 HSBC Bank PO Box 81622 Salinas CA 93912 | | | | | |
| | Creditor # :33 HSBC Bank PO Box 97280 Portland OR 97280 | | | | | |
| | Creditor # :34 HSBC Bank PO Box 97280 Portland OR 97280 | | | | | |
| | Creditor # :35 Illinois Collection Service PO Box 1010 Tinley Park IL 60477-9110 | | | | | |
| | Creditor # :36 Island One 8680 Commodity Circle Orlando FL 32819 | | | | | |
| | Creditor # :37 James Gately, Esq 8233 West 185th Street Tinley Park IL 60487 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :38 Juniper Lock Box 913337 20880 Cabot Blvd West Langhorne PA 19047 | | | | | |
| | Creditor # :39 Kohls/Chase PO Box 3115 Milwaukee WI 53201 | | | | | |
| | Creditor # :4 Best Buy PO Box 17298 Baltimore MD 21297 | | | | | |
| | Creditor # :40 Midland Credit Management 8875 Aero Drive San Diego CA 92123 | | | | | |
| | Creditor # :41 Midwest Orthopaedic 75 Remittance Drive, Dpt 6581 Chicago IL 60675-6581 | | | | | |
| | Creditor # :42 National Credit Solutions PO Box 15779 Oklahoma City OK 73155 | | | | | |
| | Creditor # :43 NCO Financial PO Box 15456 Wilmington DE 19850-5456 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :44 NCO Financial 1804 Washington Blvd Mailstop 450 Baltimore MD 21230 | | | | | |
| | Creditor # :45 Oberweis Dairy 951 Ice Cream Drive North Aurora IL 60542 | | | | | |
| | Creditor # :46 Oswiecimski Ltd 13305 S Ridgeland Avenue Unit A Palos Heights IL 60463 | | | | | |
| | Creditor # :47 Persel and Assoc PO Box 6489 Columbia MD 21045 | | | | | |
| | Creditor # :48 Plains Commerce Bank 5109 S Broadband Lane Sioux Falls SD 57108 | | | | | |
| | Creditor # :49 Red Canoe Credit Union 1418 15th Avenue Longview WA 98632 | | | | | |
| | Creditor # :5 Bestbuy/HSBC PO Box 15524 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :50 RFS PO Box 593233 Orlando FL 32859-3233 | | | | | |
| | Creditor # :51 Sallie Mae 11100 USA Parkway Fishers IN 46037 | | | | | |
| | Creditor # :52 Sears PO Box 183082 Columbus OH 43218-3082 | | | | | |
| | Creditor # :53 Sears PO Box 183081 Columbus OH 43218-3081 | | | | | |
| | Creditor # :54 Stroger Hospital PO Box 70121 Chicago IL 60673-5698 | | | | | |
| | Creditor # :55 Target Corp PO box 673 Minneapolis MN 55440 | | | | | |
| | Creditor # :56 Target National Bank PO Box 59317 Minneapolis MN 55459-0317 | | | | | |
| | Creditor # :57 Target National Bank PO Box 660170 Dallas TX 75266-0170 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :58 The Bureaus Inc 1717 Central Street Evanston IL 60201 | | | | | |
| | Creditor # :59 Trans World Systems 1375 E Woodfield Rd #110 Schaumburg IL 60173 | | | | | |
| | Creditor # :6 Blatt Hasenmiller 125 S Wacker Drive, #400 Chicago IL 60606 | | | | | |
| | Creditor # :60 United Healthcare of IL PO Box 30555 Salt Lake City UT 84130-0555 | | | | | |
| | Creditor # :61 US Bank PO Box 5227 Cincinnati OH 45201 | | | | | |
| | Creditor # :62 US Cellular Dept 0203 Palatine IL 60055-0203 | | | | | |
| | Creditor # :63 Vanguard Group PO Box 2900 Valley Forge PA 19482-2900 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :64 Verizon Wireless PO Box 26055 Minneapolis MN 55426 | | | | | |
| | Creditor # :65 WFNNB/Woman 4590 East Broad Street Columbus OH 43213 | | | | | |
| | Creditor # :7 California Student Aid PO Box 419032 Rancho Cordova CA 95741 | | | | | |
| | Creditor # :8 Capital Mgmt Services 726 Exchange St, Ste 700 Buffalo NY 14210 | | | | | |
| | Creditor # :9 Capital Mgmt Services 726 Exchange St, Ste 700 Buffalo NY 14210 | | | | | |
| 1 | American Infosource Lp As Agent For | | | | | |
| 5 | American Infosource Lp As Agent For | | | | | |
| 2 | N. A Capital One | | | | | |
| 3 | N. A. Chase Bank Usa | | | | | |
| 4 | N. A. Chase Bank Usa | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-49806 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|
| Case Name: | MIGUEL TAPIA | | | | Date Filed (f) or Converted (c): | 11/07/2010 (f) |
| | BEATRIZ A. TAPIA | | | | 341(a) Meeting Date: | 01/10/2011 |
| For Period Ending: | 03/12/2012 | | | | Claims Bar Date: | 07/05/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Three Unit Building 8650 South Meade Avenue Burbank, IL 604 | 258,750.00 | 0.00 | DA | 0.00 | FA |
| 2. Investment Property 7630 South LaVergne Burbank, IL 60459 | 172,083.00 | 0.00 | DA | 0.00 | FA |
| 3. Cash on Hand Location: In debtor's possession | 100.00 | 100.00 | DA | 0.00 | FA |
| 4. PNC Checking Acct# 2266 Location: In debtor's possession | 1,063.00 | 1,063.00 | DA | 0.00 | FA |
| 5. TCF Checking Acct# 4594 Location: In debtor's possession | 548.00 | 548.00 | DA | 0.00 | FA |
| 6. One lot of miscellaneous household goods Location: In debtor | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 7. Necessary wearing apparel and clothing Location: In debtor's | 500.00 | 500.00 | DA | 0.00 | FA |
| 8. 401 (k) Pension | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 9. 1996 Ford Explorer Location: In debtor's possession | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 10. 2009 Ford 150 Truck - financed Location: In debtor's possess | 25,000.00 | 25,000.00 | DA | 0.00 | FA |
| 11. Life Insurance Policies - Cash Surrender Value Location: In | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 12. Tax refund (u) | 0.00 | 4,649.05 | | 4,649.05 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.22 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $464,544.00       $38,360.05       $4,649.27       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

administering unscheduled tax refund. final report has been submitted to UST.

Initial Projected Date of Final Report (TFR): 07/31/2012       Current Projected Date of Final Report (TFR):

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-49806 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | MIGUEL TAPIA | Bank Name: | Bank of America |
| | BEATRIZ A. TAPIA | Account Number/CD#: | XXXXXX9944 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX5707 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/12/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/04/11 | 12 | TAPIA, MIGUEL<br>8650 SOUTH MEADE AVENUE<br>FLOOR 1<br>BURBANK, IL 60459 | tax refund | 1224-000 | $4,649.05 | | $4,649.05 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.02 | | $4,649.07 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,649.11 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,649.15 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,649.19 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,649.23 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,649.27 |
| 10/04/11 | | Transfer to Acct # xxxxxx0399 | Transfer of Funds from MMA account xxx9944 to Checking account xxx0399 | 9999-000 | | $4,649.27 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $4,649.27 | $4,649.27 |
| Less: Bank Transfers/CD's | $0.00 | $4,649.27 |
| Subtotal | $4,649.27 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,649.27 | $0.00 |

Page Subtotals: $4,649.27  $4,649.27

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-49806 | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- |
| Case Name: | MIGUEL TAPIA | Bank Name: | Bank of America |
| | BEATRIZ A. TAPIA | Account Number/CD#: | XXXXXX0399 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5707 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/12/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/04/11 | | Transfer from Acct # xxxxxx9944 | Transfer of Funds from MMA account xxx9944 to Checking account xxx0399 | 9999-000 | $4,649.27 | | $4,649.27 |
| 01/18/12 | 1001 | TRUSTEE STEVEN R. RADTKE<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,162.32 | $3,486.95 |
| 01/18/12 | 1002 | American Infosource Lp As Agent For Target<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 57.59 % per court order. | 7100-000 | | $157.07 | $3,329.88 |
| 01/18/12 | 1003 | N. A Capital One<br>C/O Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Final distribution to claim 2 representing a payment of 57.59 % per court order. | 7100-000 | | $327.38 | $3,002.50 |
| 01/18/12 | 1004 | N. A. Chase Bank Usa<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 3 representing a payment of 57.59 % per court order. | 7100-000 | | $1,350.76 | $1,651.74 |
| 01/18/12 | 1005 | N. A. Chase Bank Usa<br>Po Box 15145<br>Wilmington, De 19850-5145 | Final distribution to claim 4 representing a payment of 57.59 % per court order. | 7100-000 | | $1,572.47 | $79.27 |
| 01/18/12 | 1006 | American Infosource Lp As Agent For Us Cellular<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Final distribution to claim 5 representing a payment of 57.59 % per court order. | 7100-000 | | $79.27 | $0.00 |

| | | |
| --- | ---: | ---: |
| COLUMN TOTALS | $4,649.27 | $4,649.27 |
| Less: Bank Transfers/CD's | $4,649.27 | $0.00 |
| Subtotal | $0.00 | $4,649.27 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $4,649.27 |

Page Subtotals: $4,649.27  $4,649.27

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0399 - Checking | $0.00 | $4,649.27 | $0.00 |
| XXXXXX9944 - Money Market Account | $4,649.27 | $0.00 | $0.00 |
|  | $4,649.27 | $4,649.27 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,649.27 |
| Total Gross Receipts: | $4,649.27 |